IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANASTASIA HATAMPA and | § | |
| LASHUNDA MCDONALD | § | PLAINTIFFS |
| | § | |
| v. | § | Civil Action No. 1:12cv265-HSO-RHW |
| | § | |
| CITY OF BILOXI, *et al.* | § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion for Summary Judgment [47] filed by Defendant City of Biloxi.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith, and the Agreed Orders [17], [18], [41], previously entered in this case,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 11th day of December, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE